BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 224 COHN COURT, SUISUN CITY, CALIFORNIA. | CASE NO. 2:15-SW-0316 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

FILED
SEP 18 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: 9/18/2015

_____
CAROLYN K. DELANEY
United States Magistrate Judge

[Proposed] Order To Unseal Search Warrant
And Search Warrant Affidavit